DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

DAYLE DELEON,

                                Plaintiff,

          -against-

THE CITY OF NEW YORK, ET AL.,

                           Defendants.

-------------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

12-CV-257 (KAM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Ugo Uzoh, P.C.
*Attorneys for Plaintiff*
304 Livingston Street, Suite 2R
Brooklyn, N.Y. 11217
718-874-6045

12/7/12

By: _____
Ugo Uzoh
*Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-133b
New York, New York 10007

By: _____
Andrew Owen
*Special Assistant Corporation Counsel*

SO ORDERED:

    s/KAM

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
      December 17 , 2012